# Court of Appeals
# of the State of Georgia

ATLANTA, May 08, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0544. HOLCOMB INVESTMENTS LIMITED v. KEITH HARDWARE, INC. et al.**

In this case, Holcomb Investments Limited ("Holcomb") appeals from the trial court's orders granting summary judgment in favor of defendants Keith Hardware, Inc. ("Keith Hardware") and Ace Hardware Co. Both Holcomb and Keith Hardware have filed motions in this Court to supplement the record with the deposition transcripts of Holcomb's expert witnesses, Jimmy Maddox and Doug Byron.

It appearing that the record is incomplete as the record is without these transcripts; and it further appearing that the clerk of the trial court is unable to obtain the transcripts; it is hereby ordered that this case be remanded to the trial court for completion of the record.

Appellant may file a new notice of appeal within 30 days of the completion of the record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 05/08/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*